## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC T. MONIGAN, | : | |
| Plaintiff, | : | |
| vs. | : | CA 14-0010-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 17th day of October, 2014.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**